**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | | |
|---|---|---|
| Origin Point Brands, LLC, | ) | 2:11-cv-00361-PMD |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ameristar Fence Products, Inc. and | ) | |
| Edward L. Gibbs, | ) | |
| | ) | |
| Defendants | ) | |

**Judgment**

It is ordered and adjudged:

(1)     that the Court has jurisdiction over the parties and subject matter;

(2)     that the Defendant Gibbs is the owner of all substantial rights in United States Patent No. 7,896,318;

(3)     that United States Patent No. 7,896,318 is valid and enforceable, and has been infringed by the Plaintiff's importation, manufacture, use, sale and offer for sale of certain steel 96 x 48 two rail black racking fence panels having tabbed pickets;

(4)     that the Plaintiff, and each of its agents, servants, employees, and each other person in active concert or participation with the Plaintiff who receives actual notice of this judgment by personal service or otherwise, is hereby enjoined from causing, aiding or abetting the infringement of United States Patent No. 7,896,318 by unauthorized import, manufacture, use, sale or offer to sell racking fence panels claimed in United States Patent No. 7,896,318 except those fence panels licensed and/or released by the Defendant Gibbs;

1

(5)     that the Plaintiff's claims for declaratory judgment are dismissed with prejudice;

(6)     that the parties shall bear their respective costs and attorney fees, and that no other relief is awarded; and

(7)     that there is no just reason for delay and entry of judgment is hereby directed.

PATRICK MICHAEL DUFFY
United States District Judge

March 6, 2012
Charleston, South Carolina

Entry consented to:

s/ Timothy D. St. Clair
Timothy D. St. Clair
Turner, Padget, Graham & Laney, PA
P. O. Box 1509
Greenville, SC 29602
864 552 4600
tstclair@turnerpadget.com

Attorney for Plaintiff

s/Wm. Howell Morrison
Wm. Howell Morrison
Haynsworth Sinkler Boyd, P.A.
134 Meeting Street, 3rd Floor
Charleston, SC 29401
843 720 4405
hmorrison@hsblawfirm.com

Attorney for Defendants