# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| Origin Point Brands, LLC, | ) | 2:11-cv-00361-PMD |
| Plaintiff | ) | |
| vs. | ) | |
| Ameristar Fence Products, Inc. and Edward L. Gibbs, | ) | |
| Defendants | ) | |

## Judgment

It is ordered and adjudged:

(1) that the Court has jurisdiction over the parties and subject matter;

(2) that the Defendant Gibbs is the owner of all substantial rights in United States Patent No. 7,896,318;

(3) that United States Patent No. 7,896,318 is valid and enforceable, and has been infringed by the Plaintiff's importation, manufacture, use, sale and offer for sale of certain steel 96 x 48 two rail black racking fence panels having tabbed pickets;

(4) that the Plaintiff, and each of its agents, servants, employees, and each other person in active concert or participation with the Plaintiff who receives actual notice of this judgment by personal service or otherwise, is hereby enjoined from causing, aiding or abetting the infringement of United States Patent No. 7,896,318 by unauthorized import, manufacture, use, sale or offer to sell racking fence panels claimed in United States Patent No. 7,896,318 except those fence panels licensed and/or released by the Defendant Gibbs;

1

(5) that the Plaintiff's claims for declaratory judgment are dismissed with prejudice;

(6) that the parties shall bear their respective costs and attorney fees, and that no other relief is awarded; and

(7) that there is no just reason for delay and entry of judgment is hereby directed.

_____
PATRICK MICHAEL DUFFY
United States District Judge

March 6, 2012
Charleston, South Carolina


Entry consented to:


s/ Timothy D. St. Clairs/Wm. Howell Morrison
Timothy D. St. ClairWm. Howell Morrison
Turner, Padget, Graham & Laney, PAHaynsworth Sinkler Boyd, P.A.
P. O. Box 1509134 Meeting Street, 3rd Floor
Greenville, SC 29602Charleston, SC 29401
864 552 4600843 720 4405
tstclair@turnerpadget.comhmorrison@hsblawfirm.com

Attorney for PlaintiffAttorney for Defendants